# Supreme Court of the State of New York
# County of New York

------------------------------------------------x

NAYEEM A. CHOWDHURY,

                Plaintiff,

VEON LTD AND BANGLADESH
TELECOMUNICATION REGULATORY
COMMISSION (BTRC.),

                Defendant(s)

------------------------------------------------x

Index No. **100231-2021**

**SUMMONS**

Plaintiff Designates
New York County
as the Place of Trial

The basis of the venue is
Plaintiff(s) residence

Plaintiff resides at 205 Grand Street, # 14, New York, NY 10013
**County of New York**

**You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons to serve a Notice of Appearance on the Plaintiff's Attorney within 20 days after the service of this summons, exclusive of the day of service, or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York; and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: *March 17, 2021*
      *Elmhurst, New York*

Defendant(s):

**VEON LTD**
Claude Debussylaan 88
1082 MD, Amsterdam
Netherlands

**BANGLADESH TELECOMUNICATION
REGULATORY COMMISSION (BTRC.),**
IEB Bhaban, Ramna
Dhaka, 1000
Bangladesh

**NAYEEM A. CHOWDHURY** (*Plaintiff*)
**205 Grand Street, # 14**
New York, NY 10013
Ph. (347) 536-6270
Email: nayeem_mehtab@yahoo.com

NEW YORK
COUNTY CLERK'S OFFICE

MAR 1 9 2021

NOT COMPARED
WITH COPY FILE

# Supreme Court of the State of New York
# County of New York

Index No: 10023/-202

------------------------------------------------------- x

NAYEEM A. CHOWDHURY,

                *Plaintiff,*

VEON LTD AND BANGLADESH
TELECOMUNICATION REGULATORY
COMMISSION (BTRC.),

                *Defendant(s)*

*Verified Complaint*

------------------------------------------------------- x

Plaintiff **NAYEEM A. CHOWDHURY**, in proper person, complaining of the defendant(s), VEON LTD AND BANGLADESH TELECOMUNICATION REGULATORY COMMISSION (BTRC), respectfully set forth and alleges, as follows:

1. The plaintiff herein, Nayeem A. Chowdhury, is a resident of New York City having address at 205 Grand Street, #14, New York, NY 10013.

2. The defendants herein, VEON LTD., having address at Claude Debussylaan 88, 1082 MD Amsterdam, Netherlands AND Bangladesh Telecommunication Regulatory Commission (BTRC), having address at IEB Bhaban, Ramna, Dhaka 1000, Bangladesh.

3. VEON LTD., an international telecommunications company listed and traded on NASDAQ, USA. VEON LTD operates in Bangladesh through it's subsidiary Banglalink.

4. BTRC, being a telecommunication Regulator and Commission of Government of Bangladesh, under the Ministry of Post and Telecommunication and ICT. My Investee Company, Worldtel Bangladesh Limited, operates under the Ministry and BTRC.

5. That Nayeem A. Chowdhury is an investor in Worldtel Bangladesh Limited ( Investee Company, hereinafter to be referred as 'Investee Company') along with other investors who have invested to build and construct a wireless telecom infrastructure network in Bangladesh with established licenses to operate ( License Agreement – 25 years and renewable ) with 7.4 MHz spectrum bandwidth in the 1800 MHz Band. My Investee Company's almost entirety of it's business is based on utilizing this 7.4 MHz frequency spectrum bandwidth and without which it cannot operate and generate any revenue. The market value of my Investee Company's 7.4 MHz spectrum currently stands at $230 Million.

6. That there was a spectrum auction held by BTRC on 8th March 2021 on two bands ( 1800 MHz and 2100 MHz bands) in which VEON through it subsidiary bid for the aforementioned spectrum allotted to my Investee Company deliberately by

colluding and abetting with BTRC. VEON's subsidiary knowingfully well ( having been duly informed verbally and in writing prior to said auction ) of a dispute related to the spectrum allotted to my Investee Company and Notice of Arbitration was served on BTRC amongst other legal recourse taken by Investee Company and myself.

7. That BTRC promulgated the said auction violating all rules and norms and the License Agreement ( of Investee Company ), which makes compulsory for the parties to resolve any dispute by the process of informal dispute resolution or arbitration ( Ref: Clause 8.3 and 8.4 of License Agreement ).

8. That WorldTel Bangladesh Limited received its license ( License Agreement ) in 2001 through international competitive bidding and commenced business subsequently only to be thwarted and sabotaged illegally, unlawfully, and abruptly by BTRC.

9. Having invested more than $250 million with others commenced business in Bangladesh but succumbed to many unfair obstacles in the operating environment against WorldTel Bangladesh Limited so as to throttle its growth. A similar malaise is seen in the environment against other smaller competitors but not to the three giant

multinationals, including VEON's subsidiary, who have more than 90% market share.

10. That VEON's subsidiary is cognizant and was duly informed verbally and in writing by myself and Investee Company of the legal dispute on the 7.4 MHz spectrum bandwidth in 1800 MHz band allotted to my Investee Company before the said auction of March 08, 2021. Yet VEON's subsidiary knowingly and deliberately participated and bid in the auction for the disputed frequency spectrum of my Investee Company.

11. That VEON had been fined $397.50 Million dollars under FCPA (Foreign Corrupt Practices Act) by the Securities and Exchange Commission and Justice Department in February 2016.

12. That Dhaka Telephone Company Limited, a telecommunication license operator in Bangladesh, also filed a damage suit in a similar issue (involving spectrum) to the tune of $470.5 Million approximately against BTRC and is in the Court of Law in Bangladesh.

13. That being aggrieved myself and Co-investors had claimed damages from BTRC in the tune of $2.39 Billion and 4 legal notices had been sent since 2017; but BTRC is yet to respond, signaling unethical and rogue behavior needing legal redress.

14. That my Investee Company sent Demand of Justice Notice and Notice of Arbitration on March 4, 2021 to BTRC but they did not respond and went ahead with the auction of WorldTel Bangladesh Limited's allotted spectrum.

15. That representation letter enclosing the Demand of Justice Notice and Notice of Arbitration to BTRC was sent to the Three (3) multinational operators and their international counterparts on March 4, 2021 (including VEON and it's subsidiary) and yet they did not abstain from participation in the attempted purchase of frequency spectrum allotted to WorldTel Bangladesh Limited.

16. That the auction participated by VEON and other multinational companies and conducted by BTRC have been initiated to defraud me and other co-investors into WorldTel Bangladesh Limited, and that VEON and the other multinational companies had also abetted BTRC in framing this oligopolistic and anti-competitive telcom environment.

17. That I, Nayeem A Chowdhury along with my co-investors have suffered tremendous economic loss, irreparable damage etc. and mental stress due to the malafide, unlawful and illegal actions of VEON, BTRC and its cohorts.

18. That in spite having knowledge of questionable and incomplete auctioning process by BTRC, VEON continues to provide misinformation to its investors (seen in their

Website posted on 10 March, 2021, https://www.veon.com/media/media-releases/2021/veon-subsidiary-banglalink-successfully-acquires-94mhz-in-spectrum-auction/) with a malafide intent to increase its share prices in NASDAQ which amounts to alleged Federal Securities Exchange Commission violations.

19. By reason of facts and circumstances stated above, defendants had breached the contract.

20. By reason of facts and circumstances stated above, plaintiff had been damaged by the defendants, jointly and severally, in the sum of $2.39 Billion.

**WHEREFORE,** plaintiff demands judgment against the defendants, jointly and severally in the sum of $2.39 billion. Plus, interest from February 2018, losses and disbursements, together with any other relief the Court finds to be just and proper.

Dated: *March 17, 2021*
       *New York, New York*

                                            _____
                                            NAYEEM A. CHOWDHURY
                                            *Plaintiff,*
                                            205 Grand Street, # 14
                                            New York, NY 10013
                                            Ph. (347) 536-6270
                                            Email: nayeem_mehtab@yahoo.com

## PLAINTIFF CERTIFICATION

I, **NAYEEM A. CHOWDHURY**, HEREBY CERTIFY, under penalty of perjury, that I have carefully read and reviewed the annexed SUMMONS & VERIFIED COMPLAINT, and that all information contained in that document is true and accurate in all respects to the best of my knowledge and understanding.

I FURTHER CERTIFY, under penalty of perjury, that neither my attorney, nor anyone acting on my attorney's behalf, was the source of any of the information contained in the annexed document, that I provided all of the information contained in the annexed document and upon my certification that all such information is true and accurate.

I FURTHER CERTIFY that the annexed document includes all information which I provided and which is relevant.

Date: March 17, 2021

_____
NAYEEM A. CHOWDHURY

STATE OF NEWYORK     )
                     ) SS.:
COUNTY OF QUEENS     )

On the 17th day of March, 2021, before me personally came Nayeem A. Chowdhury, to me known, who being duly sworn, did depose and say that he resides at 205 Grand Street, # 14, New York, NY 10013, and acknowledged that he signed, the foregoing instrument.

_____
NOTARY PUBLIC

MOHAMMAD Z HAQ
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HA6318953
Qualified in Queens County
My Commission Expires: 2023

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

===================================================================
------------------------------------------------------------X

NAYEEM A. CHOWDHURY,

                        *Plaintiff,*

       -against-

VEON LTD AND BANGLADESH TELECOMUNICATION REGULATORY COMMISSION (BTRC.),

                      *Defendant(s)*

-----------------------------------------------------------X
===================================================================
**SUMMONS AND COMPLAINT**
===================================================================

**NAYEEM A. CHOWDHURY**
*Plaintiff*
205 Grand Street, # 14
New York, NY 10013
Ph. (347) 536-6270
Email: nayeem_mehtab@yahoo.com

===================================================================

To
Attorney (s) For:
===================================================================

Service of copy of the within            is hereby admitted
Dated:

                                                                    --------------------------------
                                                                    Attorney (s) For
===================================================================

PLEASE TAKE NOTICE

☐     that the within is a certified true copy of a
notice of entry     entered in the office clerk of the within named court on      2021
☐
that an order of which the within is a true copy will be presented
Settlement          for notice of Settlement to the Hon.                 one the judges of
the within named court at
On                  2021,    at            M.
Dated On: