USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAYEEM A. CHOWDHURY,

      Plaintiff,

   - against -

VEON LTD., et al.,

      Defendants.
------------------------------------------------------------X

21-CV-3527 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  As this case is governed by the Private Securities Litigation Reform Act, all discovery is stayed pending determination of Defendant's impending motion to dismiss. The parties are relieved of their current obligation to meet and confer with regard to subjects for the initial pretrial conference scheduled for May 6, 2021, which is hereby cancelled.

           SO ORDERED.

           _____
           ROBERT W. LEHRBURGER
           UNITED STATES MAGISTRATE JUDGE

Dated: May 4, 2021
   New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

  Nayeem A. Chowdhury
  205 Grand Street, #14
  New York, NY 10013