UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
NAYEEM A. CHOWDHURY,                                                   :
:
                      Plaintiff,            :            21 Civ. 3527 (JPC) (RWL)
  -v-                                                                 :
:            ORDER
VEON LTD. and BANGLADESH                                               :
TELECOMMUNICATION REGULATORY                                           :
COMMISSION,                                                            :
:
                      Defendants.           :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On May 19, 2021, Defendant Veon Ltd. ("Veon") filed its Motion to Dismiss. Dkt. 24. Plaintiff's opposition was due July 9, 2021, and Veon's reply was due July 30, 2021. Dkt. 30.

    The Court is in receipt of Plaintiff's opposition, dated July 9, 2021. *See* Dkt. 33. Because this filing was only docketed on July 19, 2021, the Court extends Veon's time to file a reply in support of its Motion to Dismiss from July 30, 2021 to August 9, 2021.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

    SO ORDERED.

Dated: July 20, 2021
       New York, New York
                                                JOHN P. CRONAN
                                                United States District Judge