**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NAYEEM A. CHOWDHURY,<br><br>            Plaintiff,<br><br>    v.<br><br>VEON LTD.,<br>       Defendant. | )<br>)  Civil Action No. 1:21-cv-03527-JPC-RWL<br>)<br>)  [PROPOSED] **ORDER GRANTING**<br>)  **MOTION OF MATTHEW J. MATULE**<br>)  **FOR WITHDRAWAL AS ATTORNEY**<br>)  **OF RECORD**<br>)<br>)<br>)<br>)<br>)<br>) |

The Court, having considered the motion of Matthew J. Matule ("Movant") for Withdrawal as an Attorney of Record for defendant VEON Ltd., hereby GRANTS Movant's request and terminates Movant as an attorney of record.

Dated: _____April 7_____, 2023     By: _____
                                                                                       Honorable John P. Cronan
                                                                                       United States District Judge