**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NAYEEM A. CHOWDHURY,

        Plaintiff,

-against-　　　　　　　　　　　　　　　　21 **CIVIL** 3527 (JPC)(RWL)

**JUDGMENT**

VEON LTD. et al.,

        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 18, 2023, the docket reflects that Plaintiff did not file a second amended complaint by May 5, 2023. Instead, by letter dated May 17, 2023, over two years after this case was first filed, he asked the Court to allow him additional time of unspecified length to engage legal counsel. Dkt. 105. That request, which was not filed forty-eight hours before his deadline to file a second amended complaint, as is required by 3.B of the Court's Individual Rules and Practices in Civil Cases, but was instead filed nearly two weeks after the deadline, identifies no extraordinary circumstance that would justify granting a further extension. The request is therefore denied and judgment is entered in favor of Defendants, dismissing this case without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

    May 18, 2023

                                  **RUBY J. KRAJICK**

                                  _____
                                      **Clerk of Court**

                     **BY:**  *K. Mango*

                                  _____
                                      **Deputy Clerk**